IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RENOR RESOURCES DEVELOPMENT LTD., <br> Plaintiff, <br><br> VS. <br><br> COOPER MANUFACTURING CORPORATION, <br> Defendant. | CIVIL ACTION NO. H-03-1595 |

**ORDER**

On July 31, 2003, Cooper Manufacturing Company filed a notice in the above-referenced action stating that it responded to an involuntary petition for bankruptcy filed on May 7, 2003 under chapter 7 of the United States Bankruptcy Code (Instrument No. 5). Accordingly, the Court

**ORDERS** that the above referenced action is **ADMINISTRATIVELY CLOSED**;

**ORDERS** that all pending motions are **MOOT**; and

**ORDERS** that the parties may **REINSTATE** the action within 90 days after the automatic stay is lifted.

SIGNED at Houston, Texas, this 14th day of August, 2003.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE